FILED
OCT 08 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 3:24 CR 378 |
| v. | ) ) | JUDGE KNEPP CASE NO. ~~MAGISTRATE JUDGE CLAY~~ |
| JAMES RIPINSKI, | ) ) | Title 18, United States Code, Sections 922(a)(1)(A), 922(o), 923(a), 924(a)(1)(D), 933(a)(1) |
| Defendant. | ) ) ) ) | (a)(3), and (b) |

COUNT 1

(Dealing in Firearms without a License, 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D))

The Grand Jury charges:

1. From on or about July 10, 2024, to on or about August 12, 2024, in the Northern District of Ohio, Western Division, Defendant JAMES RIPINSKI, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

ORIGINAL

## COUNT 2

(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1), (a)(3), and (b))

The Grand Jury further charges:

2. From on or about July 10, 2024, to on or about August 12, 2024, in the Northern District of Ohio, Western Division, Defendant JAMES RIPINSKI did and attempt to knowingly ship, transport, transfer, cause to be transported, or otherwise dispose of any firearm to person any firearm in or otherwise affecting interstate or foreign commerce, having reasonable cause to believe that the use, carrying, or possession of the firearm would constitute a felony, as defined in Title 18, United States Code, Section 932(a), in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT 3

(Possession of a Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

3. On or about July 10, 2024, in the Northern District of Ohio, Western Division, Defendant JAMES RIPINSKI knowingly transferred and possessed a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

4. The allegation of Counts 1-3 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant JAMES RIPINSKI shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation and property

property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.